IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL, | 1:07-cv-001322-AWI-DLB (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| J. HERNANDEZ, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient as follows:

1. The application did not include the required original signature by an authorized officer of the institution of incarceration. See 28 U.S.C. § 1915(a)(2); and

2. The application did not include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing

-1-

1  fee.

2        Accordingly, IT IS HEREBY ORDERED that:

3        1. The Clerk's Office shall send plaintiff the form for application to proceed in
4  forma pauperis.

5        2. Within thirty (30) days of the date of service of this order, plaintiff shall submit
6  a completed application to proceed in forma pauperis and a certified copy of his prison trust
7  account statement for the six month period immediately preceding the filing of the complaint, or
8  in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply with this order
9  will result in a recommendation that this action be dismissed.

11      IT IS SO ORDERED.

12      **Dated:**   **September 13, 2007**              **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE