IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL, | 1:07-cv-01322-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| C/O HERNANDEZ, et al., | (DOCUMENT #7) |
| Defendants. | DEADLINE: NOVEMBER 30, 2007 |
| _____/ | |

On September 12, 2007, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. Plaintiff's application did not include the required original signature by an authorized officer of the institution on page two, or a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint. On September 13, 2007, plaintiff was ordered to submit a new application to proceed in forma pauperis or pay the filing fee within 30 days. On October 16, 2007, plaintiff filed a motion to extend time to file his application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension up to and including November 30, 2007, to file his application to proceed in forma pauperis, including an original signature by an authorized officer of the institution on page two, and a certified copy of plaintiff's prison trust account

1  statement for the six-month period immediately preceding the filing of the complaint.

5     IT IS SO ORDERED.

6     **Dated:**   **October 30, 2007**                    **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE