# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>HERNANDEZ, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:07-cv-01322-AWI DLB PC<br><br>ORDER VACATING ORDER DIRECTING SERVICE BY UNITED STATES MARSHAL<br><br>(Doc. 30)<br><br>ORDER FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 17) |

Plaintiff Shaulton Mitchell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on September 12, 2007. (Doc. 1.) Plaintiff filed a second amended complaint on July 21, 2008. (Doc. 17.)

On January 7, 2009 the Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and found service appropriate. Plaintiff was forwarded service documents for completion and return. Plaintiff returned the documents on March 20, 2009 and the court directed the United States Marshal to initiate service on March 23, 2009. (Docs. 29, 30). However, it appears that the service documents returned by Plaintiff were incomplete and therefore service could not be effected. Accordingly, the Court shall re-send to Plaintiff new service documents for completion and return.

///

1

Accordingly, it is HEREBY ORDERED that:

1. The order directing service by the United States Marshal, filed March 23, 2009 is hereby ordered vacated;

2. Service shall be initiated on the following defendants:

    Hernandez

    Aguirre

    Gutierrez

    Compelbel

    Masiel

    Bustos

    Sloss

    Aguayo

    Martinez

3. The Clerk of the Court shall send Plaintiff nine (9) USM-285 forms, nine (9) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed July 21, 2008.

4. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Ten (10) copies of the endorsed amended complaint filed July 21, 2008.

5. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

///

///

6. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:** **April 23, 2009**             **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE