# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL,      ) | NO. 1:07-CV-01322-AWI-DLB |
| ) | |
| Plaintiff,      ) | ORDER RE: FINDINGS AND |
| ) | RECOMMENDATIONS |
| v.      ) | |
| ) | [Documents # 27 and 28] |
| C/O HERNANDEZ, et al.,      ) | |
| ) | |
| Defendants.      ) | |
| _____) | |

Plaintiff Shaulton J. Mitchell is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 13, 2009, Plaintiff filed a letter seeking a court order requiring the prison provide him with law library access. (Doc. # 27).

On March 17, 2009, findings and recommendations were entered, recommending that Plaintiff's motion for a court order requiring that the prison provide him with law library access be denied. Plaintiff was provided an opportunity to file written objections with the court within thirty (30) days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, THE COURT HEREBY ORDERS THAT:

1. The Findings and Recommendations filed on March 17, 2009, is adopted in full;
2. Plaintiff's letter, which was construed as a motion for reconsideration, is DENIED; and
3. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   May 2, 2009**                    /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE