1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8    SHAULTON J. MITCHELL,                          CASE NO. 1:07-cv-01322-AWI-DLB PC

9                   Plaintiff,                      ORDER DISREGARDING REQUEST FOR
                                                    HEARING TRANSCRIPT AND DENYING
10         v.                                       REQUEST FOR COPY OF OBJECTIONS
                                                    WITHOUT PREJUDICE
11   HERNANDEZ, et al.,
                                                    (Doc. 63)
12                  Defendants.

13   _____/

14

15         Plaintiff Shaulton J. Mitchell ("Plaintiff") is a prisoner in the custody of the California

16   Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil rights

17   action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion entitled

18   "Request For the De Novo and One Phone Copy of the Objection Motion filed by this

19   Appellant."  (Doc. 63.)  Plaintiff requests that the Court provide Plaintiff with hearing transcripts

20   for the de novo review, and a photo copy of Plaintiff's objections to the Court's findings and

21   recommendations.

22         Plaintiff misunderstands the statement "de novo review."  "De novo review" means that

23   the District Judge reviewed the undersigned's Findings and Recommendations and Plaintiff's

24   objections without giving any deference to the undersigned's findings. There was no hearing that

25   occurred.  Accordingly, Plaintiff's request for hearing transcripts is DISREGARDED.

26         Plaintiff is also not entitled to copies of filings at the Court's expense, even if Plaintiff is

27   proceeding in forma pauperis.  Plaintiff was notified of this requirement in the Court's first

28   informational order, filed November 30, 2007.  (Doc. 12, First Informational Order.)  If Plaintiff

1

1   submits funds to pay for the copying, the Court will order a copy to be made.  Copies of

2   documents from the court file may be obtained at the cost of fifty cents per page.  (First

3   Informational Order ¶ 3.)  Plaintiff's objections are 42 pages long.

4          Accordingly, Plaintiff's motion for a copy of the objections is DENIED, without

5   prejudice.

6          IT IS SO ORDERED.

7      **Dated:** __**May 19, 2010**__          ___/s/ **Dennis L. Beck**___
                                                UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28