# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL, | CASE NO. 1:07-CV-01322-AWI-DLB PC |
| Plaintiff, | ORDER GRANTING REQUEST TO CONDUCT DEPOSITION VIA VIDEO CONFERENCE |
| v. | |
| HERNANDEZ, et al., | (DOC. 68) |
| Defendants. | |

Plaintiff Shaulton J. Mitchell ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 12, 2010, Defendants filed a motion to conduct Plaintiff's deposition via video conference. *See* Fed. R. Civ. P. 30(b)(4). Defendants contend that Plaintiff incarcerated at Corcoran State Prison, and a deposition via video conference would save on unnecessary travel expenses and is in the interest of judicial economy. The Court agrees.

Accordingly, it is HEREBY ORDERED that Defendants motion to conduct Plaintiff's deposition via video conference is GRANTED.

IT IS SO ORDERED.

Dated:   October 20, 2010                    /s/ Dennis L. Beck
                                             UNITED STATES MAGISTRATE JUDGE

1