# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL, | CASE NO. 1:07-CV-01322-AWI-DLB PC |
| Plaintiff, | ORDER DENYING MOTIONS AS MOOT |
| v. | (DOCS. 79, 80) |
| HERNANDEZ, et al., | |
| Defendants. | |

Plaintiff Shaulton J. Mitchell ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). On February 11, 2011, Plaintiff filed a motion for extension of time. Docs. 79, 80. Plaintiff does not specify what he seeks an extension of time for. Plaintiff believes that he is being treated unfairly by this Court because of a perceived delay in the Court's responses to Plaintiff's motions as opposed to Defendants' motions. Plaintiff appears to contend that the Court has not responded to Plaintiff's motion for extension of time to re-file his discovery motion, which was apparently filed on November 17, 2010.

Defendants contended that they responded to all of Plaintiff's discovery requests, and Plaintiff failed to demonstrate otherwise. *See* Defs.' Opp'n, Doc. 71. The Court has adjudicated Plaintiff's motion by disregarding it as unnecessary, as Plaintiff failed to specify what discovery requests he seeks. *See* Order, filed Jan. 14, 2011, Doc. 72. All of Plaintiff's motions have been

1

1 considered by this Court.  Plaintiff's contention is without merit.  Plaintiff's motions are
2 HEREBY ORDERED denied as MOOT.
3     IT IS SO ORDERED.
4 **Dated:**  **February 16, 2011**        **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE